**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                       Case No: 5:14-cv-631-Oc-30PRL

WILLIAM ROWE, JR.,

    Defendant.
_____/

## **DEFAULT FINAL JUDGMENT**

THIS CAUSE comes before the Court upon Plaintiff United States of America's Motion for Default Judgment against Defendant William Rowe, Jr. (Doc. 8). The Court, having reviewed the pleadings submitted on behalf of Plaintiff and having noted the entry of default as to Defendant for failure to answer or otherwise plead to the summons and complaint served by Plaintiff (Doc. 7), and for good cause shown, concludes that Plaintiff's motion should be granted.

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion for Default Judgment against Defendant William Rowe, Jr. (Doc. 8) is GRANTED.

2. Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant William Rowe, Jr.

3.  Plaintiff shall recover from Defendant the sum of $10,923.75, consisting of $5,981.24 unpaid principal, plus $4,942.51 in interest, which represents the accrued interest as of August 18, 2014.  (Doc. 1, Ex. B).  Interest accrues on the total principal amount of this debt at the current rate of 8% per annum through the date of judgment.

4.  This judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961 and shall be enforceable as prescribed by 28 U.S.C. §§ 2001-07, 3001-3307, and Federal Rule of Civil Procedure 69(a).

5.  The Clerk is directed to terminate any pending motions and close this case.

6.  For all of which let execution issue.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of May, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record